UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| **MICHAEL JOHNSON,** | ) | Case No. CV 07-5182-GAF(AJW) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| **DERRAL G. ADAM, Warden** | ) | |
| Respondent. | ) | |

**It is hereby adjudged** that the petition for a writ of habeas corpus is denied.

Dated: November 21, 2008

_____
Gary A. Feess
United States District Judge